**UNITED STATES of America,**
**Plaintiff—Appellee**

v.

**Andre Shawn GREEN, a/k/a Andre**
**Greene, a/k/a Dre Defendant—**
**Appellant.**

No. 12–6505.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 26, 2012.

Decided: May 1, 2012.

Andre Shawn Green, Appellant Pro Se. Stanley Duane Ragsdale, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before GREGORY, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre Shawn Green appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Green,* No. 5:08–cr–00944–MBS–10 (D.S.C. Feb. 28, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*